IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

_____

| | |
|---|---|
| Michael Fink, | Civil No. 1:20-cv-222-DLH-CRH |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO MODIFY SCHEDULING/DISCOVERY PLAN** |
| BNSF Railway Company, a corporation, | |
| Defendant. | |

_____

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and the Court's Scheduling/Discovery Plan filed on January 27, 2021, the parties move for modification to extend discovery and expert disclosure deadlines.

Upon stipulation of the parties, the parties jointly request the Scheduling Order to be modified as follows:

    a. The parties shall have until **April 1, 2022** to serve fact discovery. The Parties shall have until **May 2, 2022** to complete all fact discovery.

    b. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

        i. Plaintiff shall serve disclosures by **May 6, 2022**;

        ii. Defendant shall serve disclosures by **June 6, 2022**; and

        iii. Reports for rebuttal experts, if any, shall be served on or before **June 27, 2022.**

Dated:   February 2, 2022					Respectfully submitted,

**OHNSTAD TWICHELL, P.C.**

/s/ Andrew D. Cook
Andrew D. Cook, #06278
444 Sheyenne St., Suite 102
West Fargo, ND 58078-0458
Tel:  (701) 282-3249
acook@ohnstadlaw.com

And

**HKM, P.A.**

/s/ John Wells
Daniel A. Haws, admitted *pro hac vice*
R. John Wells, #07726
30 E. 7th Street, Suite 3200
St. Paul, MN 55101-4919
Tel:  (651) 227-9411
dhaws@hkmlawgroup.com
jwells@hkmlawgroup.com

*Attorneys for Defendant*

**BOLT HOFFER BOYD LAW FIRM**

/s/  Joseph M. Sayler
Joseph M. Sayler, #0388895
2150 Third Avenue North, Suite 350
Anoka, MN 55303
Phone: (763) 406-7000
joseph.sayler@bolthoffer.com

*Attorney for Plaintiff*

2

# ORDER

The above matter came before this Court pursuant to the parties' Joint Stipulation to Modify Scheduling/Discovery plan. The Court, having fully considered the stipulation herein, makes the modifications to the Scheduling/Discovery Plans as follows:

**IT IS HEREBY ORDERED:**

a. The parties shall have until **April 1, 2022** to serve fact discovery. The Parties shall have until **May 2, 2022** to complete all fact discovery.

b. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

  i. Plaintiff shall serve disclosures by **May 6, 2022**;

  ii. Defendant shall serve disclosures by **June 6, 2022**; and

  iii. Reports for rebuttal experts, if any, shall be served on or before **June 27, 2022.**

**SO ORDERED**.

Date: _____  _____
Clare R. Hochhalter, Magistrate Judge
United States District Court