# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| Michael Fink, | Court File No. 1:20-CV-222-DLH-CRH |
| Plaintiff, | |
| vs. | **BNSF RAILWAY COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 56(a), Defendant BNSF Railway Company ("BNSF"), through its undersigned attorneys, hereby moves this Court for an Order as follows:

1. Granting BNSF's Motion for Summary Judgment in its entirety; and

2. Dismissing all of Plaintiff's claims in the above-entitled lawsuit, with prejudice.

This motion is supported by the corresponding Memorandum of Law and the Declaration of R. John Wells, with exhibits, both filed contemporaneously with this Motion. This Motion is also supported by the files, records, and proceedings already submitted in this matter.

Dated: April 27, 2023                                HAWS-KM, P.A.

/s/ R. John Wells
Daniel A. Haws, MN #193501
(Admitted to ND Federal Court)
R. John Wells, ND #07726
Attorneys for Defendant
BNSF Railway Company
30 East Seventh Street, Suite 3200
St. Paul, MN 55101-4919
Tel. (651) 227-9411
dhaws@hkmlawgroup.com
jwells@hkmlawgroup.com

And

**Ohnstad Twichell, P.C.**

 /s/ Andrew D. Cook
Andrew D. Cook, ND ID#06278
444 Sheyenne St., Suite 102
West Fargo, ND 58078-0458
Tel.   (701) 282-3249
Fax.  (701) 282-0825
Email: acook@ohnstadlaw.com

4885-7197-9559, v. 1