Screenshots of Inward and Outward Facing Locomotive Video

FINK_BNSF_002545, at 14:40:



FINK_BNSF_002545, at 14:43:



**EXHIBIT 5**

FINK_BNSF_002545, at 14:45:



FINK_BNSF_002545, at 14:50:



FINK_BNSF_002545, at 27:42:

