# EXHIBIT BB

BNSF RAILWAY

EMPLOYEE TRANSCRIPT

DATE: 03/21/2022
PAGE: 1

| EMPLOYEE ID | ███938 | EMPLOYEE AGE | 31 |
|---|---|---|---|
| NAME | Carroll, D███ | ORIGINAL HIRE DATE | 2018-10-01 |
| ADDRESS | ███ | LAST HIRE DATE | 2018-10-01 |

### BNSF EMPLOYMENT HISTORY

| DATE | TITLE | LOCATION | CD | DESCRIPTION |
|---|---|---|---|---|
| 2018-10-01 | Switchman (SMART-TD) | SUPERIOR,WI | EM | Hire |
| 2018-10-10 | Brakeman (SMART-TD) | MANDAN,ND | GT | Grade/Title Chg |
| 2019-03-04 | Switchman (SMART-TD) | MANDAN,ND | GT | Grade/Title Chg |
| 2019-08-17 | Brakeman (SMART-TD) | MANDAN,ND | GT | Grade/Title Chg |
| 2022-02-18 | Brakeman (SMART-TD) | MINOT,ND | CL | Change Location |

### DISCIPLINE RECORD

| DISCIPLINE DATE | LEVEL | DISCIPLINE TYPE | REVIEW PERIOD | VIOLATION DATE | INVESTIGATION HELD | DATE |
|---|---|---|---|---|---|---|
| 2019-04-05 | S | RECORD SUSPENSION | 36 | 2019-02-05 | Y | 2019-03-21 |

INV @ 1100 30 DAY DISHONESTY IN PROVIDING FACTUAL INFORMATION ASSOCIATED WITH THE DAMAGED CROSSOVER SWITCH WHILE WORKING ON THE H LAUDIL1 04A IN JAMESTOWN, ND; GCOR 1.6

### PERSONAL INJURY RECORD

| DATE | CASE NO. | LOST DAYS | TYPE PERSON | REPORTABLE | SEVERITY |
|---|---|---|---|---|---|

NO DATA FOR INJURY AVAILABLE

### EMPLOYEE LEAVES

| CD | LEAVE DESCRIPTION | BEGIN DATE | END DATE |
|---|---|---|---|
| FH | Furlough | 2019-05-19 | |

### QUALITY / RULES / SAFETY TRAINING

| DATE | COURSE NAME |
|---|---|
| 2018-10-26 | BNSF EEO & DIVERSITY |
| 2018-10-26 | DEADLY DECISIONS WBT |
| 2018-10-26 | ELECTRONIC HOURS OF SERVICE WB |
| 2018-10-26 | HAZARD COMMUNICATION - CHEMICA |
| 2018-10-26 | HAZARD COMMUNICATION - GHS WBT |
| 2018-10-26 | HAZARD COMMUNICATION - LABELIN |
| 2018-10-26 | HAZARD COMMUNICATION - SAFETY |
| 2018-10-26 | HAZARD COMMUNICATION WBT VIA I |
| 2018-10-26 | HEARING CONSERVATION TRAINING |
| 2018-10-26 | HIGH WIDE AWARENESS WBT |
| 2018-10-26 | RAILROAD SECURITY WBT |
| 2018-10-26 | RSSM CHAIN OF CUSTODY WBT |
| 2018-10-26 | SCIENCE OF SLEEP AND FATIGUE W |
| 2018-10-26 | UTILITY VEHICLE SAFETY TRAININ |
| 2018-10-26 | WORK ORDER REPORTING |
| 2018-10-26 | WORS WORK NOT DONE REASONS |
| 2018-10-28 | INTERACTIVE HAZMAT COMPLIANCE |
| 2018-10-28 | TERRITORY CERTIFICATION RULES |
| 2018-10-28 | TRANSPORTATION HAZMAT EXAM |
| 2018-11-02 | CONDUCTOR NEW HIRE BN - WK 5 |
| 2018-11-02 | INITIAL HOSTLER EXAM |
| 2018-11-09 | CONDUCTOR NEW HIRE BN - WK 5 |
| 2018-11-09 | CONDUCTOR NEW HIRE BN - WK 6 |
| 2018-11-16 | CONDUCTOR NEW HIRE BN - WK 7 |
| 2019-01-01 | CONDUCTOR NEW HIRE - BN OJT |
| 2019-01-11 | CONDUCTOR NEW HIRE FINAL WEEK |
| 2019-01-11 | CONDUCTOR PROMOTION EXAM |

CONFIDENTIAL ATTORNEYS' EYES ONLY
BNSF Railway Company/USDS ND/Fink/1:20-CV-222
FINK_BNSF_002355

BNSF RAILWAY

EMPLOYEE TRANSCRIPT

DATE: 03/21/2022
PAGE: 2

| | |
|---|---|
| 2019-01-11 | HAZMAT TRAINING TRANSPORTATION |
| 2019-01-11 | INITIAL POWER BRAKE LAW TRAINI |
| 2019-01-11 | POWER BRAKE LAW CLASSROOM TRAI |
| 2019-01-11 | POWER BRAKE LAW HANDS-ON TRAIN |
| 2019-01-11 | PTC TRANSPORTATION INITIAL CLA |
| 2019-01-18 | 218 SUBPART F |
| 2019-01-18 | ELECTRONIC DEVICES |
| 2019-01-18 | GCOR RULES REVIEW |
| 2019-01-18 | POWER BRAKE LAW CLASSROOM TRAI |
| 2019-01-18 | POWER BRAKE LAW HANDS-ON TRAIN |
| 2019-01-18 | TRANSPORTATION HAZMAT TRAINING |
| 2019-01-18 | TRANSPORTATION RULES CLASSROOM |
| 2019-01-18 | TRANSPORTATION RULES TRAINING |
| 2019-01-18 | VIRTUAL PBL TRAINING OPS 905-2 |
| 2019-02-22 | RCO - BELTPACK |
| 2019-03-02 | REMOTE CONTROL OPERATOR OJT |
| 2019-03-09 | REMOTE CONTROL OPERATOR OJT |

BNSF Railway Company/USDS ND/Fink/1:20-CV-222

CONFIDENTIAL
ATTORNEYS' EYES ONLY

FINK_BNSF_002356