

August 30, 2023                                                               *Reply to St. Paul*

**Via Email Only**

Magistrate Judge Clare R. Hochhalter
United States District Court
220 East Rosser Avenue, Suite 426
Bismarck, ND  58502-0670
NDD_J-Hochhalter@ndd.uscourts.gov

Re:    Michael Fink v. BNSF Railway Co.
       Court File No. 1:20-CV-00222 (DLH/CRH)
       Our File No.: 73301

Dear Judge Hochhalter:

The parties write to update the Court on the status of the settlement in the above-referenced matter.  The parties have successfully negotiated the terms of the settlement agreement and release, the completion of which occurred recently.  We anticipate the release will be executed in the near future and the stipulation for dismissal filed as well.

We will not, however, be able to complete these tasks before today's thirty-day deadline to submit closing documents, as ordered by the Court on July 31st, 2023. Accordingly, the parties request an additional thirty days to submit closing documents.

We are available to discuss with the Court if it would be useful.

Sincerely,

*/s/ R. John Wells*                                     */s/ Joseph Sayler*

R. John Wells                                              Joseph Sayler
Attorney at Law                                       Attorney at Law
jwells@hkmlawgroup.com                 Joseph.sayler@bolthoffer.com
Attorneys for Defendant                      Attorneys for Plaintiff

4872-5551-7821, v. 1

| | | | | |
|---|---|---|---|---|
| Minnesota Office | 30 East 7th Street, Suite 3200 | Saint Paul, MN 55101 4919 | P 651 227 9411 | F 651 223 5199 |
| North Dakota Office | 220 N. 4th Street, Box 1776 | Bismarck, ND 58502 1776 | P 701 751 6300 | F 651 223 5199 |
| Wisconsin Office | 1810 Crest View Drive, Suite 2B | Hudson, WI 54016 9336 | P 715 246 3910 | F 651 223 5199 |

Haws-km.com                                                                                A Professional Association