# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Michael Fink, )<br>)<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>BNSF Railway Company, )<br>a corporation, )<br>)<br>　　　　Defendant, )<br>) | **ORDER OF DISMISSAL**<br><br><br><br><br><br>Case No. 1:20-cv-222 |

Before the Court is a stipulation of dismissal filed on October 11, 2023. See Doc. No. 52. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 52) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 18th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/  Daniel L. Hovland*
　　　　　　　　　　　　　　　　　　　　Daniel L. Hovland, District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court